UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION
NO. 18-CR-029

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **MOTION FOR DISCLOSURE OF ALL** |
| ) | **404(b) EVIDENCE** |
| GLORIA OKOLIE ) | |
| ) | |
| ) | |

NOW COMES the Defendant, GLORIA OKOLIE ("OKOLIE"), by and through the undersigned attorney, and hereby moves this Court for an order requiring the Government to disclose to OKOLIE its intentions with respect to any similar or extrinsic acts relating to evidence, not previously disclosed to OKOLIE, that the Government anticipates attempting to introduce against him pursuant to the provisions of Rule 404 (b) of the Federal Rules of Evidence. In support of said motion, OKOLIE shows unto the Court the following:

Rule 404 (b) of the Federal Rules of Evidence generally excludes the evidence of other crimes, wrongs, or acts to show character unless offered for another purpose such as proof of motive, opportunity, etc. This "open door" policy, however, may permit the Government to refer to prior crimes, wrongs, or acts to rebut the defense evidence. U.S. v. Allain, 671 F.2d 248 (7th Cir. 1982).

The Government's production of the evidence relating to Rule 404 (b) of the Federal Rules of Evidence prior to the beginning of a trial is within the inherent supervisory power of the Court. It is clear that the production and delivery to the Defendant of this material will promote fair administration of justice by enabling the Defendant to better investigate the truth of any such allegations prior to trial and minimize the risk of surprise to the Defendant. United States v.

<u>Baum</u>, 482 F.2d 1325 (2d Cir. 1973) and <u>United States v. Stofsky</u>, 409 F. Supp. 609 (S.D.N.Y. 1973).

WHEREFORE, Defendant GLORIA OKOLIE, based upon the foregoing, respectfully requests that this Court order the Government to disclose to him that evidence which it attempts to introduce pursuant to Rule 404(b) of the Federal Rules of Evidence, or alternative, if all such evidence has been produced, to state to the Court that no 404(b) information exists which has not been provided to the Defendant.

Respectfully submitted, this the 26th day of June, 2018.

/s/ J. Pete Theodocion
_____
J. Pete Theodocion
Attorney for Defendant

J. PETE THEODOCION, P.C.
507 WALKER STREET
AUGUSTA, GA 30901
(706) 722-3000

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2018, I electronically filed the foregoing **MOTION FOR DISCLOSURE OF ALL 404(b) EVIDENCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all interested persons.

/s/ J. Pete Theodocion

J. Pete Theodocion
Attorney for Defendant

J. PETE THEODOCION, P.C.
507 WALKER STREET
AUGUSTA, GA 30901
(706) 722-3000