UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

1:18CR-29

| UNITED STATES OF AMERICA | ) SUPERSEDING INDICTMENT NO. |
|---|---|
| v. | ) 18 U.S.C. § 1349 <br> ) Wire Fraud |
| GLORIA OKOLIE | ) 18 U.S.C. § 1956(h) <br> ) Conspiracy to Commit Money <br> ) Laundering |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

| Count 1 <br> 18 U.S.C. § 1349 <br> Wire Fraud | • Not more than 20 years of imprisonment; <br> • A fine of not more than $250,000; <br> • Not more than 3 years of supervised release; <br> • $100 special assessment <br> • Restitution |
|---|---|
| Count 2 <br> 18 U.S.C. § 1956(h) <br> Conspiracy to Commit Money Laundering | • Not more than 20 years of imprisonment; <br> • A fine of not more than $500,000 or twice the value of the property involved in the transaction; <br> • Not more than 5 years of supervised release; <br> • $100 special assessment |

Respectfully submitted, this 7th day of May, 2019.

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

Patricia Rhodes by BLR w/ perm.

Patricia Green Rhodes
Branch Office Chief
Assistant United States Attorney