UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. CR 118-029 |
| | ) | |
| GLORIA OKOLIE | ) | |
| | ) | |
| | ) | |
| | ) | |

## GOVERNMENT'S EXHIBIT LIST

| Number | Exhibit | Offered | Admitted |
|--------|---------|---------|----------|
| 1 | BBVA Records GC Investments Account | 05/13/2019 | 05/13/2019 |
| 1A | Vince Davidson Emails | 05/13/2019 | 05/13/2019 |
| 1B | Allpine Title Emails | 05/13/2019 | 05/13/2019 |
| 2 | Stop Payment – BOA check | 05/13/2019 | 05/13/2019 |
| 3 | Wire Confirmation – BOA Davidson to GC Investments | 05/13/2019 | 05/13/2019 |
| 4 | First National/ First Convenience Paul Aisosa Account Records | 05/14/2019 | 05/14/2019 |
| 5 | Wells Fargo PE & A Records | | |
| 6 | BB & T GC Investments | 05/14/2019 | 05/14/2019 |
| 7 | Wells Fargo Okolie personal account – combined checking and money market | 05/14/2019 | 05/14/2019 |
| 8 | Second Wells Fargo Personal Account Savings | | |

| 9 | Aisosa Plea agreement | 05\|13\|2019 | 05\|13\|2019 |
|---|---|---|---|
| 10 | Tax return | | |
| 11 | 8/19 Kwame Idris email | | |
| 12 | 8/20 Kwame Idris email | | |
| 13 | 9/7 Kwame Idris email | | |
| 14 | Invoice | | |
| 15 | Business card | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |