# United States District Court
## Southern District of Georgia

USA v. Gloria Okolie

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR 118-029

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| J. Randal Hall | Patricia Rhodes | Pete Theodocion |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| May 13, 2019 | Lisa Davenport | Lisa Widener |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS, AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/13/2019 | X | | Bank records of Paul Wilson Ansosa |
| | | 5/13/2019 | ✓ | | Gloria Okolie |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages