United States District Court
Southern District of GA
Exhibits Log: CR118-029
USA v. Gloria Okolie, 5/13/2019

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| Gov-1 | BBVA records GC Investments Account |
| Gov-1-A | Vince Davison emails |
| Gov-1-B | Allpine Title emails |
| Gov-2 | stop payment - BOA check |
| Gov-3 | wire confirmation - BOA Davison to GC Investments |
| Gov-4 | First National / First Convenience Paul Aisosa account records |
| Gov-6 | BB&T GC Investments |
| Gov-7 | Wells Fargo Okolie personal account - combined checking and money market |
| Gov-9 | Aisosa plea agreement |