UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) CR 118-029 |
| GLORIA OKOLIE, | ) |
| | ) |
| Defendant. | ) |

### ORDER TO SHOW CAUSE REGARDING FAILURE TO APPEAR FOR JURY DUTY

**JOSHUA JOSEPH BOESE**, having been summoned for jury duty in this Court on Monday, May 13, 2019, and not having appeared, is hereby **ORDERED TO APPEAR** before the Honorable J. Randal Hall in Courtroom 2 of the United States District Court, 600 James Brown Boulevard, Augusta, Georgia 30901, on **Thursday, May 30, 2019, at 9:30 a.m.**, and Show Cause why he should not be held in Contempt for failure to appear as summoned and comply with his jury service obligations.

## APPEARANCE AT THIS HEARING IS MANDATORY

**JOSHUA JOSEPH BOESE** is advised that any person who fails to show good cause for noncompliance with a jury summons may be fined not more than $1,000.00, imprisoned not more than 3 days, ordered to perform community service, or any combination thereof. 28 U.S.C. §1866(g).

The Clerk's Office is directed to serve a copy of this Order to Show Cause on **JOSHUA JOSEPH BOESE,** by U. S. Mail, at 2077 Telfair Street, Augusta, GA 30904.

IT IS SO ORDERED, this 16th day of May, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA