UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Ind. No. 1:18-CR-029 |
| | ) | |
| GLORIA OKOLIE | ) | |
| | ) | |
| PAUL WILSON AISOSA | ) | |
| | ) | |

## ORDER

The United States of America has moved the Court for an Order directing that funds held by BBVA COMPASS BANK in **account # 6731545802**, in the name of G.C. Investments and Logistics be turned over to the Clerk of Court and applied to the Defendants' outstanding restitution debt.

This Court, having considered the matter, grants the United States' motion and orders as follows:

IT IS ORDERED that **BBVA Compass Bank** shall convert the $116,318.83 to a check or other negotiable instrument and deliver said instrument to the Clerk of Court, Southern District of Georgia, 125 Bull Street, Savannah, GA 31401, within **fifteen** days of receipt of this Order.

The instrument shall be made payable to "Clerk, U.S. District Court" and bear the notation "Okolie, et al - 1:18-CR-029"

1

IT IS ORDERED that the Clerk of the United States District Court for the Southern District of Georgia shall accept said delivery of funds and apply those funds to the Defendants' outstanding restitution in accordance with the priority and schedule set forth in the criminal judgment (Docs. 123, 124).

ORDER ENTERED this 4th day of December, 2019.

HON. J. RANDAL HALL
U.S. DISTRICT COURT
CHIEF JUDGE
SOUTHERN DISTRICT OF GEORGIA